FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 22 PM 4: 44

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOEY FOLSE | * | CIVIL ACTION |
| VERSUS | * | NO. **01-2586** |
| ENERGY CATERING SERVICES, L.L.C. AND GLOBAL MARINE DRILLING CO. | * | SECTION " " **SECT. B MAG. 1** |
| | * | MAGISTRATE: |
| * * * * * * * | | **JURY TRIAL REQUESTED** |

### SEAMAN'S SUIT

The Complaint of JOEY FOLSE, a person of the full age of majority, appearing herein through his undersigned counsel, and complaining of the above-named defendants, respectfully alleges and shows unto this Honorable Court that:

I.

Plaintiff, a resident of Lafourche Parish, State of Louisiana, brings this action against the defendants pursuant to the provisions of the Jones Act, 46 U.S.C. 688, et seq., and the General Maritime Law of the United States.

II.

Defendant, ENERGY CATERING SERVICES, L.L.C., is a domestic limited liability company doing business within the jurisdiction of this Honorable Court, and was at all times mentioned herein the employer of JOEY FOLSE.

1

III.

On or about July 18, 2001, GLOBAL MARINE DRILLING CO., owned, operated and/or managed or controlled a vessel, the MODU GLOBAL PIONEER, which was operating offshore Louisiana.

IV.

On or about July 18, 2001, JOEY FOLSE was employed as a galleyhand and was a member of the crew aboard the MODU GLOBAL PIONEER and was severely injured in the course of his employment when he was fell on the vessel. Your plaintiff sustained severe injury to his back and other parts of his body.

V.

The aforementioned injuries were proximately caused as a result of the negligence of ENERGY CATERING SERVICES, L.L.C. and GLOBAL MARINE DRILLING CO. and the unseaworthiness of the MODU GLOBAL PIONEER.

VI.

Defendant, GLOBAL MARINE DRILLING CO., knew or should have known of the defects in the vessel and its appurtenances that caused the accident sued upon herein, that said defects posed an unreasonable risk of injury to its employees and others, and said defects and their unreasonable risk of harm proximately caused injury to plaintiff. As such, Defendant's conduct was grossly negligent and recklessly indifferent to plaintiff's well-being.

VII.

As a result of the negligence and unseaworthiness aforesaid, plaintiff is permanently disabled and has suffered personal and special damages and claims, such damages which include, but are not limited to, past and future medical expenses, past and future loss of income and impairment of earning capacity, past and future mental anguish, psychological and emotional trauma, past and future pain and suffering, impairment of the ability to enjoy living and having a normal life, and severely painful and permanently disabling injuries.

VIII.

As a seaman, JOEY FOLSE is entitled to maintenance and cure commencing June _, 2001, and to continue until he has reached maximum medical cure. Plaintiff hereby demands the payment of any and all maintenance since the accident and any and all related medical bills. Prior to the date of his aforesaid injuries, your petitioner was an able-bodied man, capable of and actually engaged in manual labor, supporting himself and his dependents.

IX.

Defendant, ENERGY CATERING SERVICES, L.L.C., has arbitrarily and capriciously refused to pay for plaintiff's medical treatment as recommended by his treating physicians and medical bills, causing plaintiff further pain and suffering and worsening of his condition. Accordingly, plaintiff makes demand for attorneys' fees, costs, and further compensatory damages.

X.

Plaintiff requests and is entitled to a trial by jury.

**WHEREFORE**, premises considered, petitioner prays that a copy of the above and foregoing Seaman's Suit be served upon the defendants, ENERGY CATERING SERVICES, L.L.C. and GLOBAL MARINE DRILLING CO.; that it be required to appear and answer same; that, after due proceedings are had and all legal delays, there be judgment herein in favor of plaintiff, JOEY FOLSE, against defendants, ENERGY CATERING SERVICES, L.L.C. and GLOBAL MARINE DRILLING CO., in the amount of ONE MILLION ($1,000,000.00) DOLLARS, together with legal interest from the date of judicial demand, for all costs of these proceedings, for maintenance and cure, for expert witness fees, for attorney fees, and for all orders and decrees necessary in the premises and for full, general and equitable relief.

Respectfully submitted,

**STRAUSS & KING**

*/s/ Berney L. Strauss*

**BERNEY L. STRAUSS #12527** T. A.
**RHETT E. KING #23811**
**A. SPENCER GULDEN #23110**
1001 Howard Avenue, Suite 3905
New Orleans, Louisiana 70113
Telephone: (504) 523-0033
Telecopier: (504) 523-0109

Attorneys for Plaintiff, JOEY FOLSE

**PLEASE SERVE:**

**ENERGY CATERING SERVICES, L.L.C.**
through its registered agent:
Cecil M. Kluttz, Jr.
5749 Susitna Avenue
Harahan, Louisiana 70123

**GLOBAL MARINE DRILLING CO.**
through its registered agent:
Leonard L. Coleman
100 Asma Blvd., Suite 200
Lafayette, Louisiana 70508